UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 03-CR-00071

MICHAEL HUGHES,

    Defendant.
                                                   /

**ORDER DENYING DEFENDANT'S "MOTION REQUESTING REINSTATEMENT OF APPEAL"**

        On September 26, 2006, the court received Defendant Michael Hughes' "Motion Requesting Reinstatement of Appeal."  In his motion, Defendant requested relief from this court because Defendant had not received a response to the same motion he had filed before the Sixth Circuit Court of Appeals.  On October 3, 2006, this court received from the Sixth Circuit a notice that it had granted Defendant's motion to reinstate his appeal because the default had been cured.  Accordingly,

        IT IS ORDERED that Defendant's "Motion Requesting Reinstatement of Appeal" [Dkt. # 55] is DENIED as moot.

                                                    S/Robert H. Cleland
                                                    ROBERT H. CLELAND
                                                    UNITED STATES DISTRICT JUDGE

Dated:  October 18, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 18, 2006, by electronic and/or ordinary mail.

                                                      S/Lisa G. Wagner
                                                    Case Manager and Deputy Clerk
                                                    (313) 234-5522